

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DRAYTON GREER

CIVIL ACTION NO. 08-cv-2005

VERSUS

DISTRICT JUDGE DEE D. DRELL
MICHAEL ASTRUE, COMMISSIONER   MAGISTRATE JUDGE JAMES D. KIRK
OF SOCIAL SECURITY

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Greer's appeal be DENIED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 23rd day of August, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE